[No. 22760-0-III. Division Three. February 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDY TREVINO CERDA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-02325-1, Susan L. Hahn, J., entered February 9, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 53126-3-I. Division One. February 22, 2005.]

SAEID PAYA, *Appellant*, v. SALLY A. LANHAM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-25504-5, Douglass A. North, J., entered September 30, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Coleman, J.

[No. 52024-5-I. Division One. February 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. STUIVENGA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00679-1, Linda C. Krese, J., entered March 12, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 53367-3-I. Division One. February 22, 2005.]

LARRY CLAAR, *as Guardian*, ET AL., *Appellants*, v. AUBURN SCHOOL DISTRICT NO. 408, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-26816-1, James D. Cayce, J., entered October 21, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ. Now published at 126 Wn. App. 897.